KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California State Bar No. 219246
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8800
Telephone: (619) 557-6235
Facsimile: (619) 557-5401
Email: carol.lee@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JUSTINE LORRAINE RICE (1) and<br>WENDELL ANTHONY RICE (2),<br><br>        Defendants. | Criminal Case No. 09CR0226-BEN<br><br>GOVERNMENT MOTION TO CLARIFY JUDGMENTS |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carol M. Lee, Assistant United States Attorney, files this Motion pursuant to Fed. R. Crim. P. 36 requesting that the Court enter modified judgments and commitments in the above-captioned case against both Defendants JUSTINE LORRAINE RICE and WENDELL ANTHONY RICE.

The basis for this motion is to clarify the Judgments of Defendants JUSTINE LORRAINE RICE and WENDELL ANTHONY RICE filed October 6, 2009 (Docket No. 51), and August 24, 2009 (Docket No. 59), imposed restitution against each defendant individually in the amount of $225,201.70. The United States respectfully requests that the judgments be clarified to reflect that the restitution obligation of each defendant imposed by the respective judgments and commitments

1  be imposed as joint and several for the $225,201.70 restitution.  The following proposed clarification
2  does not increase the total amount of restitution of $225,201.70  imposed on the Defendants, but
3  simply clarifies that the obligation to pay the restitution is joint and several.

4  DATED:    October 23, 2009.

5  Respectfully submitted,

6
7  KAREN P. HEWITT
   United States Attorney

8  s/ Carol M. Lee
   CAROL M. LEE
9  Assistant U. S. Attorney
   Attorneys for Plaintiff
10 United States of America
   Email: carol.lee@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                        Plaintiff,           )<br>                                                          )<br>            v.                                         )<br>                                                          )<br>JUSTINE LORRAINE RICE (1) and  )<br>WENDELL ANTHONY RICE (2)       )<br>                                                          )<br>                        Defendants.     )<br>_____)  | Criminal No. 09CR0226-BEN<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, Carol M. Lee, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of Government's Motion to Clarify Judgments the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   N/A

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Gary Paul Burcham                              Wendell Anthony Rice
Attorney at Law                                    FCI Lompoc
Law Offices of Gary P. Burcham        Federal Correctional Institution
964 Fifth Avenue, Suite 300                3600 Guard Road
San Diego, CA 92101                          Lompoc, CA 93436

Justine Lorraine Rice
Pro Se
Eloy Detention Center
1705 East Hanna Road, B-207
Eloy, AZ 85231

   the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on October 23, 2009.

                                                                  S/Carol M. Lee
                                                                  CAROL M. LEE