LAURA E. DUFFY
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California State Bar No. 219246
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7584
Facsimile:  (619) 546-0585
Email:  carol.lee@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| UNITED STATES OF AMERICA, | ) | CASE NO. 09CR0226-BEN |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO AMEND RESTITUTION ORDER OF DEFENDANTS** |
| vs. | ) | |
| JUSTINE LORRAINE RICE (1), WENDELL ANTHONY RICE (2), | ) | |
| Defendants. | ) | |

  COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Carol M. Lee, Assistant United States Attorney, and Defendants, JUSTINE LORRAINE RICE, and WENDELL ANTHONY RICE, pro se, HEREBY JOINTLY move this Court for an amended payment schedule to the Restitution Order.  The parties are requesting an Amended Order[1] to reflect that: 1) Each Defendant will pay $750 monthly toward restitution, payable on the 15th of every month beginning July 15, 2013, continuing till January 2014; 2) Defendants have asked for a modified weekly payment schedule till September 15, 2013; 3) beginning September 15, 2013, Defendants will make the full monthly payment of $750 per month; 4) this payment schedule will continue after

---

[1] The requested Amended Order does not change the original total amount of restitution owed by the defendants.

January 2014, unless a financial review at that time warrants an increase to the payment schedule; 5) Defendants will pay more toward their monthly payment if they are financially able to do so; and 6) Defendants continue to be subject to financial review by the U.S. Attorney's Office.

Defendants will continue to inform the Probation Department[2] and United States Attorneys Office about positive and negative material changes to their income.

If either party believes a material change exists that mandates a change to this schedule, they will make every effort to agree before calling upon the Court to adjudicate the matter.

Respectfully submitted,

Dated: July 15, 2013　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　 s/Carol M. Lee
　　　　　　　　　　　　　　　　　　CAROL M. LEE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　Email: carol.lee@usdoj.gov


Dated: July 15, 2013　　　　　　　　 s/Justine Lorraine Rice
　　　　　　　　　　　　　　　　　　Defendant


Dated: July 15, 2013　　　　　　　　 s/Wendell Anthony Rice
　　　　　　　　　　　　　　　　　　Defendant




I hereby certify that the content of this document is acceptable to all persons required to sign and I have been authorized to e-file this document with the electronic signature of Justine Lorraine Rice and Wendell Anthony Rice.

---

[2]Defendant Wendell Anthony Rice's supervised release is scheduled to end in September 2013. Defendant Justine Rice's supervised release will continue longer.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Court No. 09CR0226-BEN |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE BY MAIL |
| JUSTINE LORRAINE RICE (1), ) WENDELL ANTHONY RICE (2), ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Carol M. Lee, am a citizen of the United States over the age of eighteen years, and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action.

I hereby certify that I have caused to be mailed the **Joint Motion to Amend Restitution Order of Defendants**, by the United States Postal Service, to the following non-ECF participants in this case:

Justine and Wendell Rice
2520 Northside Drive, No. 203
San Diego, CA  92108

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true.

DATED: July 15, 2013.

s/Carol M. Lee
CAROL M. LEE
Assistant U. S. Attorney